Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>vs.<br><br>HARLEV PLUMBING AND REMODELING, INC., YARON MUALEM, and CHAD RAMIREZ SANCHEZ,<br><br>    Defendants. | Case No.: 2:22-CV-00795-DMG-MRW<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE the parties in this case have reached a settlement in principle. Plaintiff respectfully requests any deadlines be stayed, and Plaintiff be provided thirty (30) days within which to file a status report or notice of voluntary dismissal with prejudice. The parties are in the process of consummating the settlement.

NOTICE OF SETTLEMENT - 1

Respectfully submitted,

Dated: February 28, 2022

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing was sent to Defendant via first class mail to its last known address on the day of filing.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS

NOTICE OF SETTLEMENT - 2