Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARLEV PLUMBING AND REMODELING, INC., YARON MUALEM, and CHAD RAMIREZ SANCHEZ,<br><br>    Defendants. | Case No.: 2:22-CV-00795-DMG-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntary dismisses this action with prejudice.

Respectfully submitted,

Dated: March 9, 2022

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this filing was sent to Defendant via e-mail, consent to do so which was obtained in writing.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2